UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>MULE CREEK STATE PRISON, et al.,<br><br>    Defendants. | No. 2:21-cv-01122 DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

In an order dated February 8, 2022, the court found plaintiff's complaint failed to state a cognizable claim and ordered plaintiff to file an amended complaint within thirty days. (ECF No. 11.) The time for plaintiff to file an amended complaint has passed. Plaintiff has not filed an amended complaint, requested an extension of time to do so, or otherwise responded to the court's February 8, 2022 order. Accordingly, the court will direct defendant to show cause in writing why plaintiff's action should not be dismissed for failure to prosecute and failure to comply with court orders.

////

////

1     For the foregoing reasons, IT IS HEREBY ORDERED that within thirty days of the date
2 of this order, plaintiff shall either file an amended complaint or show cause in writing why this
3 case should not be dismissed for failure to prosecute and failure to comply with court orders.
4 Failure to comply with this order will result in a recommendation that this action be dismissed.
5 Dated: May 23, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/mill1122.osc.amc